IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.:  15-cr-360-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     LUCIO IVAN LOZANO,
2.     EDGAR RENE MIER-GARCES,
3.     KENETH MOLINA-VILLALOBOS,
4.     JOSE LARA-GALLEGOS,
5.     CARLOS FERNANDEZ-BARRON,
6.     JOSE DELORES LICON-GALLEGOS, AND
7.     MARTHA PATRICIA MOTA,

    Defendants.

**INDICTMENT**
18 U.S.C. § 2
21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(A)(ii)(II)
21 U.S.C. § 841(b)(1)(B)(ii)(II)
21 U.S.C. § 846
21 U.S.C. § 853
18 U.S.C. § 982

THE GRAND JURY CHARGES:

**COUNT 1**

On or about and between December 8, 2013 and September 2, 2015, both dates being approximate and inclusive, within the State and District of Colorado and elsewhere, the defendants,

    LUCIO IVAN LOZANO,
    EDGAR RENE MIER-GARCES,
    KENETH MOLINA-VILLALOBOS,

>JOSE LARA-GALLEGOS,
>CARLOS FERNANDEZ-BARRON,
>JOSE DELORES LICON-GALLEGOS, and
>MARTHA PATRICIA MOTA,

and others both known and unknown to the Grand Jury, did knowingly and intentionally conspire to distribute, and possess with the intent to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

Between on or about January 31, 2015 and on or about February 6, 2015, in the State and District of Colorado and elsewhere, the defendants,

>KENETH MOLINA-VILLALOBOS,
>JOSE LARA-GALLEGOS,
>CARLOS FERNANDEZ-BARRON, and
>MARTHA PATRICIA MOTA,

did knowingly and intentionally distribute, and possess with the intent to distribute, 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT 3

On or about March 3, 2015, in the State and District of Colorado and elsewhere, the defendants,

>KENETH MOLINA-VILLALOBOS,
>JOSE LARA-GALLEGOS,
>CARLOS FERNANDEZ-BARRON, and
>JOSE DELORES LICON-GALLEGOS,

did knowingly and intentionally distribute, and possess with the intent to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## COUNT 4

Between on or about March 23, 2015 and on or about March 26, 2015, in the State and District of Colorado and elsewhere, the defendants,

>KENETH MOLINA-VILLALOBOS,
>CARLOS FERNANDEZ-BARRON, and
>JOSE DELORES LICON-GALLEGOS,

did knowingly and intentionally distribute, and possess with the intent to distribute, 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and intentionally did aid, abet, counsel, command, induce, and procure the same.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(ii)(II), and Title 18, United States Code, Section 2.

## FORFEITURE ALLEGATION

1. The allegations contained in Counts 1 through 5 of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982.

2. Upon conviction of the violations alleged in Counts 1 through 4 of this Indictment involving violations of Title 21, United States Code, Sections 846 and 841(a), the defendants,

> LUCIO IVAN LOZANO,
> EDGAR RENE MIER-GARCES,
> KENETH MOLINA-VILLALOBOS,
> JOSE LARA-GALLEGOS,
> CARLOS FERNANDEZ-BARRON,
> JOSE DELORES LICON-GALLEGOS, and
> MARTHA PATRICIA MOTA,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, and Title 18, United States Code, Section 982, any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense, including, but not limited to $265,500 in U.S. currency;

3. If any of the property described above, as a result of any act or omission of the defendants:

   a)   cannot be located upon the exercise of due diligence;

   b)   has been transferred or sold to, or deposited with, a third party;

   c)   has been placed beyond the jurisdiction of the Court;

    d) has been substantially diminished in value; or

    e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), incorporated by Title 18, United States Code, Section 982(b), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property.

        TRUE BILL

        <u>Ink signature on file in Clerk's Office</u>
        FOREPERSON

JOHN F. WALSH
United States Attorney

By: <u>s/Peter A. McNeilly</u>
PETER A. MCNEILLY
Assistant United States Attorney
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
Telephone 303-454-0100
Fax 303-454-0403
Email: Peter.McNeilly@usdoj.gov
Attorney for the Government